IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Lead Case No. 4:21-CV-00185-BO
*Consolidated with 4:22-CV-00088-BO*

MONTOYAE DONTAE SHARPE,

    Plaintiff,

vs.

DAVID RICKY BEST, JEFFREY D. SHROCK, CAROLYN MELVIN, and the CITY OF GREENVILLE, NORTH CAROLINA,

    Defendants.

**ORDER GRANTING DEFENDANT MELVIN'S MOTION TO FILE A DOCUMENT UNDER SEAL**

This matter comes before the court on Defendant Melvin's Motion to File a Document Under Seal pursuant to Local Rule 79.2 and based on the information contained in the proposed sealed document, and the consent of all parties, the motion is GRANTED. The Clerk of Court shall maintain under seal the document located at D.E. 68 until further order of the Court.

This the __1__ day of __June__, 2023.

*Terrence Boyle*
UNITED STATES DISTRICT COURT