IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL NO: 4:21-CV-000185-BO

| | |
|---|---|
| MONTOYAE DONTAE SHARPE,<br><br>Plaintiff,<br><br>v.<br><br>R.L. "RICKY" BEST, JEFFREY D. SHROCK, CAROLYN MELVIN, AND THE CITY OF GREENVILLE, NORTH CAROLINA,<br><br>Defendants. | ORDER GRANTING PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL |

This matter comes before the Court on Plaintiff's Motion to File Documents Under Seal pursuant to Local Rule 79.2 and based on the information contained in the proposed sealed document, and the consent of all parties, the motion is Granted. The Clerk of Court shall maintain under seal the documents located at D.E. 82, 82-1, 82-2, 82-3, 82-4, and 83 until further order of court.

Dated: August 30, 2023

*Robert T. Numbers II*
_____
Robert T. Numbers, II
United States Magistrate Judge