IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Lead Case No. 4:21-CV-00185-BO
*Consolidated with 4:22-CV-00088-BO*

MONTOYAE DONTAE SHARPE,

        Plaintiff,

vs.

DAVID RICKY BEST, JEFFREY D. SHROCK, CAROLYN MELVIN, and the CITY OF GREENVILLE, NORTH CAROLINA,

        Defendants.

**ORDER GRANTING DEFENDANT MELVIN'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

   This matter comes before the court on Defendant Melvin's Motion for Leave to File Documents Under Seal pursuant to Local Rule 79.2 and based on the information contained in the proposed sealed documents, the motion is GRANTED. The Clerk of Court shall maintain under seal the documents located at D.E. 114 and D.E. 114-1 until further order of the Court.

Dated: January 4, 2024

_____
Robert T. Numbers, II
United States Magistrate Judge