IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Lead Case No. 4:21-CV-00185-BO
*Consolidated with 4:22-CV-00088-BO*

MONTOYAE DONTAE SHARPE,

    Plaintiff,

vs.

DAVID RICKY BEST, JEFFREY D. SHROCK, CAROLYN MELVIN, and the CITY OF GREENVILLE, NORTH CAROLINA,

    Defendants.

**ORDER GRANTING DEFENDANT MELVIN'S MOTION TO SEAL TRANSCRIPT**

This matter comes before the court on Defendant Melvin's Motion for Leave to Seal the Transcript at D.E. 131, pursuant to Local Rule 79.2, and based on the information contained in the proposed sealed transcript, the motion is GRANTED. The Clerk of Court shall maintain under seal the transcript located at D.E. 131 until further order of the Court.

Dated: April 10, 2024

_____
Robert T. Numbers, II
United States Magistrate Judge