IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| **Montoyae Dontae Sharpe**, Plaintiff, v. **R.L. "Ricky Best", Jeffrey D. Shrock & The City of Greenville, North Carolina**, Defendants. | No. 4:21-CV-00185-BO |
| **Montoyae Dontae Sharpe**, Plaintiff, v. **Carolyn Melvin**, Defendant. | No. 4:22-CV-00088-BO |

**Order**

This matter comes before the court on the parties' motions to extend the case management deadlines. D.E. 139, 140. The court denies the motions without prejudice. The parties must meet and confer and, within seven days, submit another motion proposing further deadlines.

Dated: May 17, 2024

_____
Robert T. Numbers, II
United States Magistrate Judge