# In the United States District Court
## for the Eastern District of North Carolina
## Eastern Division
### Civil No: 4:21-CV-000185-BO

Montoyae Dontae Sharpe,

    Plaintiff

    v.

David Ricky Best, Jeffrey D. Shrock, Carolyn Melvin and the City of Greenville, North Carolina,

    Defendants.

ORDER

This matter is before the Court on the parties' Joint Motion to Amend Case Management Order [D.E. 152 ]. For good cause shown, the Joint Motion is GRANTED and the Case Management Order in this matter [D.E. 94] is amended as follows:

1. The deposition of Plaintiff's expert shall take place on June 11, 2024.

2. Defendants shall designate their expert(s) by June 30, 2024.

3. Expert discovery shall be concluded by July 30, 2024.

4. The parties shall file any dispositive motions by September 12, 2024.

Dated: May 22, 2024

_____
Robert T. Numbers, II
United States Magistrate Judge