<p style="text-align:center; color:red;">**EXHIBIT D**</p>

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-cv-00451-BO

| | |
|---|---|
| RAYMOND C. TARLTON, as guardian ad litem for HENRY LEE MCCOLLUM and J. DUANE GILLIAM, as Guardian of the Estate of LEON BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> TOWN OF RED SPRINGS, et al., <br><br> Defendants. | **NOTICE OF APPEAL OF DEFENDANTS KENNETH SEALEY AND ROBERT E. PRICE, ADMINISTRATOR C.T.A. OF THE ESTATE OF JOEL GARTH LOCKLEAR, SR.** |

COME NOW the defendants, Kenneth Sealey, in both his individual capacity and in his official capacity as the Sheriff of Robeson County, and Robert E. Price, Administrator C.T.A. of the Estate of Joel Garth Locklear, Sr., in his individual and official capacity, in the above-referenced case, and hereby appeal to the United States Court of Appeals for the Fourth Circuit from an Order dated and filed March 1, 2018, denying the motions for summary judgment of Kenneth Sealey and Robert E. Price, Administrator C.T.A. of the Estate of Joel Garth Locklear, Sr., in their respective individual and official capacities.

Respectfully submitted, this the 30th day of March, 2018.

                                                                        <u>s/ James R. Morgan, Jr.</u>
                                                                        James R. Morgan, Jr.
                                                                        N.C. State Bar No. 12496
                                                                        Bradley O. Wood
                                                                        N.C. State Bar No. 22392
                                                                        WOMBLE BOND DICKINSON (US) LLP
                                                                        One West Fourth Street
                                                                        Winston-Salem, NC  27101
                                                                        Telephone:  (336) 728-7012
                                                                        Facsimile:  (336) 726-6913
                                                                        E-mail:  Jim.Morgan@wbd-us.com
                                                                        E-mail:  Brad.Wood@wbd-us.com
                                                                        *Counsel for defendants Kenneth Sealey and Robert E. Price, Administrator C.T.A. of the Estate of Joel Garth Locklear, Sr.*

# CERTIFICATE OF SERVICE

On March 30, 2018, the undersigned electronically filed the foregoing **NOTICE OF APPEAL OF DEFENDANTS KENNETH SEALEY AND ROBERT E. PRICE, ADMINISTRATOR C.T.A. OF THE ESTATE OF JOEL GARTH LOCKLEAR, SR.** with the Clerk of Court using CM/ECF system, which will send notification of such filing to the following:

Jaime T. Halscott
Patrick M. Megaro
Halscott Megaro, P.A.
33 East Robinson Street
Suite 220
Orlando, FL 32801
Email: jhalscott@halscottmegaro.com
Email: pmegaro@appealslawgroup.com

Scott Brettschneider
118-35 Queens Boulevard, Suite 400
Forest Hills, NY 11375
Email: scottfreelaw@aol.com

*Counsel for Plaintiffs*

Raymond C. Tarlton
Tarlton Polk PLLC
P. O. Box. 1386
Raleigh, NC 27602
Email: rtarlton@tarltonpolk.com
*Guardian Ad Litem for Plaintiff Henry McCollum*

Brian D. Rabinovitz
North Carolina Department of Justice
P. O. Box 629
Raleigh, NC 27602-0629
Email: brabinovitz@ncdoj.gov
*Counsel for Defendants Kenneth Snead and Leroy Allen*

Garris Neil Yarborough
Timothy C. Smith
Yarborough Winters & Neville, P.A.
P. O. Box 705
Fayetteville, NC 28302-0705
Email: gnyesq@ywnlaw.com
Email: timsmith@ywnlaw.com

Dan M. Hartzog
Dan M. Hartzog, Jr.
Cranfill Sumner & Hartzog, LLP
Post Office Box 27808
Raleigh, NC 27611-7808
Email: dmh@cshlaw.com
Email: dhartzogjr@cshlaw.com
Email: kmccombs@cshlaw.com
*Counsel for Defendant Town of Red Springs*

John Stewart Butler, III
Anderson, Johnson, Lawrence & Butler, LLP
P. O. Box 53945
Fayetteville, NC 28305-3945
Email: jsbutler@andersonjohnson.com
*Counsel for Defendants Town of Red Springs, Larry Floyd, and Paul Canady, Administrator of the Estate of Luther Haggins*

Katherine Barber-Jones
Cranfill Sumner & Hartzog, LLP
Post Office Box 27808
Raleigh, NC 27611-7808
Email: kbarber-jones@cshlaw.com
*Counsel for Defendant Town of Red Springs*

s/ James R. Morgan, Jr.
James R. Morgan, Jr.
N.C. State Bar No. 12496
Bradley O. Wood
N.C. State Bar No. 22392
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC  27101
Telephone:  (336) 728-7012
Facsimile:  (336) 726-6913
E-mail:  Jim.Morgan@wbd-us.com
E-mail:  Brad.Wood@wbd-us.com
*Counsel for defendants Kenneth Sealey and Robert E. Price, Administrator C.T.A. of the Estate of Joel Garth Locklear, Sr.*

4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CV-451-BO

| | |
|---|---|
| RAYMOND TARLTON, as guardian ad litem for HENRY LEE MCCOLLUM, and J. DUANE GILLIAM, as guardian of the estate of LEON BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH SEALEY, both individually and in his official capacity as the Sheriff of Robeson County, KENNETH SNEAD, ROBERT E. PRICE, Administrator C.T.A. of the Estate of Joel Garth Locklear, LARRY FLOYD, LEROY ALLEN, PAUL CANADY, Administrator C.T.A. of the Estate of Luther Haggins,<br><br>Defendants. | NOTICE OF APPEAL |

Defendants Kenneth Snead and Leroy Allen appeal to the United States Court of Appeals for the Fourth Circuit from the district court's March 1, 2018, order (Doc. 260) that denied Snead's and Allen's motions for summary judgment. In accordance with Rule 4(a)(3) of the Federal Rules of Appellate Procedure, this notice of appeal is filed within 14 days of the March 30, 2018, notice of appeal filed by Defendants Kenneth Sealey and Robert E. Price.

This 11th day of April, 2018.

JOSHUA H. STEIN
Attorney General

/s/ Matthew W. Sawchak
Matthew W. Sawchak

Solicitor General
North Carolina State Bar No. 17059
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602-0629
msawchak@ncdoj.gov
Phone: (919) 716-6400
Fax:    (919) 716-0135

Brian D. Rabinovitz
Special Deputy Attorney General
N.C. State Bar No. 41538
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602-0629
brabinovitz@ncdoj.gov
Phone: (919) 716-6863
Fax:    (919) 716-6759

CERTIFICATE OF SERVICE

    I certify that on April 11, 2018, I electronically filed the above NOTICE OF APPEAL with the Clerk of the Court using the CM/ECF system, which will notify all parties' counsel of record.

/s/ Matthew W. Sawchak
Matthew W. Sawchak