# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-451-BO

| | | |
|---|---|---|
| RAYMOND TARLTON, as guardian ad litem for HENRY LEE MCCOLLUM, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | O R D E R |
| TOWN OF RED SPRINGS, *et al.* | ) ) | |
| Defendants. | ) ) | |

This cause comes before the Court on motions to substitute counsel filed by plaintiffs. [DE 278 & 290]. For good cause shown, the motions are ALLOWED. Attorney Elliott S. Abrams, a member of the bar of this Court, and associated specially appearing counsel E. Desmond Hogan, Catherine E. Stetson, Elizabeth C. Lockwood, W. David Maxwell, and Reedy C. Swanson of the Hogan Lovells firm are hereby substituted for attorney Patrick Megaro and his associates Jaime Halscott and Scott Brettschneider as counsel of record for plaintiffs.

The pending emergency motion to expedite consideration of the motion to amend order approving settlement [DE 282] is DENIED AS MOOT.

As this matter is currently before the court of appeals, *see* [DE 262, 268], the proceedings in this Court are hereby STAYED. The clerk is DIRECTED to remove this case from the active docket during the pendency of the stay.

SO ORDERED, this __18__ day of May, 2018.

*Terence W. Boyle*

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE