UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| MONTOYAE DANTAE SHARPE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | **ON ATTORNEY FEES** |
| RICKY L. BEST, et al, ) | 4:21-CV-185-BO |
| ) | 4:22-cv-88-BO |
| Defendants. ) | |
| ) | |

**Decision by Court.**
This cause comes before the Court on a motion by non-parties Duke University and Jamie T. Lau (movants) for an award of attorney fees pursuant to the order entered by United States Magistrate Judge Robert T. Numbers, II. Defendants Best, Shrock, and the City of Greenville (defendants) have responded and the movants have replied. Defendants have moved for leave to file a surreply, to which the movants have responded. In this posture, the motions are ripe for disposition.

**IT IS ORDERED, ADJUDGED AND DECREED** the the motion for attorney fees filed by Duke University and Jamie T. Lau [DE 223] is GRANTED. Movants are awarded $25,752.50 in attorney fees and costs from defendants Best, Shrock, and the City of Greenville. The motion for leave to file a surreply [DE 270] is DENIED..

**This judgment filed and entered on March 6, 2025, and served on:**
Phillip Lewis (via CM/ECF NEF)
Sonya Pfeiffer (via CM/ECF NEF)
David Rudolf (via CM/ECF NEF)
Elizabeth Martineau (via CM/ECF NEF)
Joseph Fulton (via CM/ECF NEF)
Peter Clements (via CM/ECF NEF)
Nicholas Ellis (via CM/ECF NEF)
Mchele Livingstone (via CM/ECF NEF)
Sydney Davis (via CM/ECF NEF)
James Weiss (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

March 6, 2025

  /s/ Lindsay Stouch
By: Deputy Clerk